IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.  3:97-BK-34491-KLP |
| | ) | |
| JERIENE K. BRYANT, a/k/a | ) | CHAPTER 7 |
| JERIENE K. EDMONDS, n/k/a | ) | |
| JERIENE K. REED, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | Adversary Proceeding No. 3:14-03127-KLP |
| | ) | |
| JERIENE K. BRYANT, n/k/a | ) | |
| JERIENE K. REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CONSENT ORDER DISMISSING U.S. DEPARTMENT OF EDUCATION
AS A PARTY DEFENDANT**

Upon consideration of the United States of America's Motion to Dismiss Debtor's

Complaint to Determine Dischargeability of Debt Against the United States ("Motion"), the

consent of the parties to the Motion being granted, and Educational Credit Management

Robert P. McIntosh
VSB No. 66113
Assistant United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219-2447
Telephone: (804) 819-5400
Facsimile:  (804) 819-7417
Email:  Robert.McIntosh@usdoj.gov
Counsel for defendant, U.S. Department of Education

Robert P. McIntosh
VSB No. 66113
Assistant United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219-2447
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: Robert.McIntosh@usdoj.gov
Counsel for defendant, U.S. Department of Education

Corporation having been permitted to intervene in this action as the holder of the loan at issue, and good cause appearing, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the complaint is dismissed as against the U.S. Department of Education as a party defendant; it is further

ORDERED that the plaintiff and the U.S. Department of Education shall bear their respective costs, including any possible attorney's fees or other expenses of litigation.

Dated: Oct 1 2014            .

/s/ Keith L. Phillips
KEITH L. PHILLIPS
United States Bankruptcy Judge

Entered on Docket: Oct 2 2014

WE ASK FOR THIS:

DANA J. BOENTE
UNITED STATES ATTORNEY


  /s/ Robert P. McIntosh
Robert P. McIntosh, VSB No. 66113
Assistant U.S. Attorney
600 East Main Street, Suite 1800
Richmond, VA  23219
(804) 819-7404
Robert.McIntosh@usdoj.gov
Counsel for U.S. Department of Education

SEEN AND AGREED:


  /s/ Jason Meyer Krumbein    by Robert McIntosh w/ permission from Jason Krumbein
Jason Meyer Krumbein, VSB No. 43538       based on email dated 09/29/2014.
Attorney for the Debtor/Plaintiff
5310 Markel Road, Suite 102
Richmond, VA  23230

(804) 303-0204
jkrumbein@krumbeinlaw.com

SEEN AND AGREED:


  /s/ Rand L. Gelber         by Robert McIntosh w/ permission from Rand Gelber based on
Rand L. Gelber, Esquire VSB No. 23991          email dated 09/29/2014.
1 Church Street, Suite 802
Rockville, MD  20850
301-251-0202 x 16 phone
301-251-0849  fax
RGelberMD@aol.com
Counsel for Educational Credit Management Corporation

LOCAL RULE 9022-1(C) CERTIFICATION

I certify that the foregoing proposed CONSENT ORDER has been endorsed by all necessary parties.

        /s/ Robert P. McIntosh_____
Robert P McIntosh
Assistant United States Attorney

PARTIES TO RECEIVE COPIES:

Robert P. McIntosh
Robert.McIntosh@usdoj.gov
Counsel for Movant

Jason Meyer Krumbein
jkrumbein@krumbeinlaw.com
Attorney for the Plaintiff

Rand L. Gelber, Esquire VSB No. 23991
RGelberMD@aol.com
Counsel for Educational Credit Management Corporation