IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.  3:97-BK-34491-KLP |
| | ) | |
| JERIENE K. BRYANT, a/k/a | ) | CHAPTER 7 |
| JERIENE K. EDMONDS, n/k/a | ) | |
| JERIENE K. REED, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ ) | Adversary Proceeding No. 3:14-03127-KLP |
| | ) | |
| JERIENE K. BRYANT, n/k/a | ) | |
| JERIENE K. REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

**CONSENT ORDER DISMISSING U.S. DEPARTMENT OF EDUCATION**
**AS A PARTY DEFENDANT**

Upon consideration of the United States of America's Motion to Dismiss Debtor's

Complaint to Determine Dischargeability of Debt Against the United States ("Motion"), the

consent of the parties to the Motion being granted, and Educational Credit Management

Robert P. McIntosh
VSB No. 66113
Assistant United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219-2447
Telephone: (804) 819-5400
Facsimile:  (804) 819-7417
Email:  Robert.McIntosh@usdoj.gov
Counsel for defendant, U.S. Department of Education

Robert P. McIntosh
VSB No. 66113
Assistant United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219-2447
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: Robert.McIntosh@usdoj.gov
Counsel for defendant, U.S. Department of Education

Corporation having been permitted to intervene in this action as the holder of the loan at issue, and good cause appearing, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the complaint is dismissed as against the U.S. Department of Education as a party defendant; it is further

ORDERED that the plaintiff and the U.S. Department of Education shall bear their respective costs, including any possible attorney's fees or other expenses of litigation.

Dated: Oct 1 2014

/s/ Keith L. Phillips
KEITH L. PHILLIPS
United States Bankruptcy Judge

WE ASK FOR THIS:

Entered on Docket: Oct 2 2014

DANA J. BOENTE
UNITED STATES ATTORNEY

  /s/ Robert P. McIntosh
Robert P. McIntosh, VSB No. 66113
Assistant U.S. Attorney
600 East Main Street, Suite 1800
Richmond, VA  23219
(804) 819-7404
Robert.McIntosh@usdoj.gov
Counsel for U.S. Department of Education

SEEN AND AGREED:

  /s/ Jason Meyer Krumbein    by Robert McIntosh w/ permission from Jason Krumbein
Jason Meyer Krumbein, VSB No. 43538           based on email dated 09/29/2014.
Attorney for the Debtor/Plaintiff
5310 Markel Road, Suite 102
Richmond, VA  23230

(804) 303-0204
jkrumbein@krumbeinlaw.com

SEEN AND AGREED:


  /s/ Rand L. Gelber        by Robert McIntosh w/ permission from Rand Gelber based on
Rand L. Gelber, Esquire VSB No. 23991            email dated 09/29/2014.
1 Church Street, Suite 802
Rockville, MD  20850
301-251-0202 x 16 phone
301-251-0849  fax
RGelberMD@aol.com
Counsel for Educational Credit Management Corporation

LOCAL RULE 9022-1(C) CERTIFICATION

I certify that the foregoing proposed CONSENT ORDER has been endorsed by all necessary parties.

                                           /s/ Robert P. McIntosh_____
                                           Robert P McIntosh
                                           Assistant United States Attorney

PARTIES TO RECEIVE COPIES:

Robert P. McIntosh
Robert.McIntosh@usdoj.gov
Counsel for Movant

Jason Meyer Krumbein
jkrumbein@krumbeinlaw.com
Attorney for the Plaintiff

Rand L. Gelber, Esquire VSB No. 23991
RGelberMD@aol.com
Counsel for Educational Credit Management Corporation

United States Bankruptcy Court
Eastern District of Virginia

Bryant,
    Plaintiff

Adv. Proc. No. 14-03127-KLP

US Department of Education,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: cummingsj      Page 1 of 1      Date Rcvd: Oct 02, 2014
                  Form ID: pdford6     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Oct 03 2014 02:08:48     UST smg Richmond,
          Office of the U. S. Trustee,   701 East Broad St., Suite 4304,   Richmond, VA 23219-1849
                                                                                                   TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2014                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2014 at the address(es) listed below:
         Jason Meyer Krumbein   on behalf of Plaintiff Jeriene Kim Bryant jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com;plutzky@krumbeinlaw.com
         Rand L. Gelber   on behalf of Interested Party   Educational Credit Management Corporation
           RGelberMD@aol.com
         Robert P. McIntosh   on behalf of Defendant   US Department of Education
           Robert.McIntosh@usdoj.gov,   DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
                                                                                                                                  TOTAL: 3